**Howard R. ATHON, Jr., Plaintiff–Counter Defendant–Appellant,**

v.

**DIRECT MERCHANTS BANK, Defendant–Counter Claimant–Appellee.**

No. 07–11862
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 15, 2007.

Howard R. Athon, Jr., Warner Robins, GA, pro se.

Alan William Loeffler, Bryony Helen Bowers, Troutman Sanders LLP, Atlanta, GA, for Defendant–Counter Claimant–Appellee.

Before DUBINA, CARNES and KRAVITCH, Circuit Judges.

PER CURIAM:

Appellant Howard R. Athon, Jr., proceeding *pro se,* appeals the district court's order compelling arbitration and dismissing the case with prejudice. Athon initially brought this action against appellee HSBC Bank Nevada, N.A. ("HSBC"), successor in interest to Direct Merchants Credit Card Bank, N.A. ("Direct Merchants") in Georgia state court alleging violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* HSBC removed the case to federal court and moved to compel arbitration and stay or dismiss the action. The district court found that there existed an arbitration agreement and issued an order compelling arbitration and dismissing the suit with prejudice.

After a thorough review of the record, we **AFFIRM** for the reasons given in the district court's order dated April 11, 2007, 2007 WL 1100477.